# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. *Intake Clerk* *

       2. *Case Administrator*

FROM:  *Financial Administrator*

DATE: **12-20-10**

**UC**

CASE NAME: __Morel__

CASE NUMBER: __05-39632__

Check Number __1175014__ in the amount of $__30,975.46__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __1726__        Intake Clerk's Initials __DRB__

*   *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.*

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

12/16/2010

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: JOYCE ANN MOREL

Case No: 05-39632A

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

<div style="text-align:center">

Chase Manhattan Bank-Trustee
C/O Dlj Mortgage Co
9600 Great Hills Trail # 200
Austin,TX 78759

</div>

CHECK NUMBER <u>717504</u>    AMOUNT <u>$30975.46</u>

    The disbursement(s) was returned to the Trustee for the following reason:

Trustee has been unable to locate Creditor.

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

<div style="margin-left:50%">

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

</div>

CC:ROBERT B MARCUS ESQ PC
JOYCE ANN MOREL

Chase Manhattan Bank-Trustee